IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHNNY FOSTER,                          :
                                        :
            Plaintiff                   :
                                        :
      v.                                :      CIVIL NO. 4:CV-13-2999
                                        :
NURSE COLLEEN LAWRENCE,                 :      (Judge Brann)
ET AL.,                                 :
                                        :
            Defendants                  :

**ORDER**

March 30, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**

      for failure to prosecute.

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    Any appeal from this Order will be deemed frivolous, without

      probable cause and not taken in good faith.

            BY THE COURT:

             s/ Matthew W. Brann
            Matthew W. Brann
            United States District Judge